UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY ANN MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. EDCV 12-2249-DSF (DTB)<br><br>ORDER TO SHOW CAUSE |

　　　　In ¶ IX (A) of its Case Management Order ("CMO"), within twenty-one (21) days of the filing of the Answer, plaintiff was ordered to prepare and deliver to counsel for defendant a draft of her portions of the Joint Stipulation (prepared as described in section VIII, paragraphs A, B, C, D subparagraph a, and E of the CMO). Plaintiff was further ordered to provide counsel for defendant and the Office of Regional Counsel with a printed copy of her portions of the Joint Stipulation and a computer-readable copy on diskette or via e-mail.

　　　　Defendant's Answer was filed on July 12, 2013. Therefore, plaintiff's portions of the Joint Stipulation were due on or before August 2, 2013. On August 29, 2013, counsel for defendant filed a notice, advising the Court that plaintiff had failed to

///

provide her portions of the Joint Stipulation within the time alotted, thereby failing to properly prosecute this action.

More than twenty-one (21) days from the filing of the Answer has elapsed, and plaintiff has not provided her portions of the Joint Stipulation to counsel for defendant, nor has she requested an extension of time within which to do so.

Accordingly, on or before September 20, 2013, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why the Court should not recommend that this case be dismissed for lack of diligent prosecution and/or failure to comply with the Court's prior Order; or (b) seek an extension of time within which to provide counsel for defendant her portions of the Joint Stipulation and/or provide her portions of the Joint Stipulation to counsel for defendant. In the event plaintiff provides counsel for defendant with her portions of the Joint Stipulation, plaintiff shall file with the Court a status report indicating the same.

DATED: September 3, 2013

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE