JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY ANN MARTINEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 12-2249-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order re Dismissal of Action for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: October 25, 2013

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE